1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
9                    AT SEATTLE

10   MARYLIN TAYLOR,                    CASE NO. C11-1490 MJP

11                  Plaintiff,          MINUTE ORDER

12          v.

13   JOHN H HAMILTON,

14                  Defendant.

15

16          The following Minute Order is made by direction of the Court, the Honorable Marsha J.

17   Pechman, United States District Judge:

18          At the request of counsel, an extension of time to file the joint status report is granted.

19   The report will be due on **January 30, 2012**. All other FRCP 26-related dates are adjusted

20   accordingly. Failure to adhere to these deadlines may result in sanctions, up to and including

21   dismissal of this action.

22          The clerk is ordered to provide copies of this order to all counsel.

23          Filed this _9th_ day of November, 2011.

24

MINUTE ORDER- 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

William M. McCool
Clerk of Court

s/Mary Duett
Deputy Clerk