# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARYLIN TAYLOR, | CASE NO. C11-1490 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JOHN H HAMILTON, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

At the request of counsel, an extension of time to file the joint status report is granted. The report will be due on **January 30, 2012**. All other FRCP 26-related dates are adjusted accordingly. Failure to adhere to these deadlines may result in sanctions, up to and including dismissal of this action.

The clerk is ordered to provide copies of this order to all counsel.

Filed this _9th_ day of November, 2011.

1       William M. McCool
        Clerk of Court
2
        s/Mary Duett
3       Deputy Clerk

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24